ACCEPTED
05-15-00054-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/26/2015 11:45:50 AM
LISA MATZ
CLERK

## No. 05-15-00054-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/26/2015 11:45:50 AM
LISA MATZ
Clerk

COURT OF APPEALS FOR THE FIFTH JUDICIAL
DISTRICT OF TEXAS
AT DALLAS, TEXAS

BARBARA MEREDITH

*Appellant*

v.

OXFORD TOWNHOMES ADDITION HOMEOWNERS'
ASSOCIATION, INC.

*Cross Appellant*

v.

OXFORD TOWNHOES, LLC; JASON ROSE; JR ROSE
DEVELOPMENT, LLC, OXFORD TOWNHOMES ADDITION
HOEOWNER'S ASSOCIATION; HOME OWNERS
MANAGEMENT ENTERPRISES, INC. D/B/A HOME OF
TEXAS; and WARRANTY UNDERWRITERS INSURANCE
COMPANY

**APPELLANT'S THIRD <u>UNOPPOSED</u> MOTION
FOR EXTENSION OF 3 DAYS TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, BARBARA MEREDITH, ("Appellant") and files

*Appellant's Third Unopposed Motion For Extension Of Time To File*

*Appellant's Brief* and in support would show the Court as follows:

## I.
## CERTIFICATE OF CONFERENCE

I hereby certify Appellant's counsel, JANET RANDLE, has conferred

with counsel for each of the Appellees and Cross-Appellant and that each

counsel is unopposed to this motion.

**/s/ JANET R. RANDLE**

_____

## II.
## STATEMENT OF FACTS

1. Appellant's brief and Cross-Appellant's brief was to be filed Friday, June 26, 2015 the day this motion is being filed.

2. Appellant seeks a three-day extension until Monday June 29, 2015.

3. This request is being made due to counsel's current litigation calendar which has three other deadlines on motions to dismiss in federal court also due today.

4.  The briefing on those responses has interfered with the ability of counsel to set aside full blocks of time to complete the Appellant's Brief in this case.

5.  Appellant's counsel intends to utilize the weekend to have the brief completed to file on Monday by the midnight deadline.

6.  This motion is made in the interest of justice, and is not intended to intentionally cause delay or to harass opposing counsel.

## III.
## AUTHORITY FOR EXTENSION

7.  The Court may grant an extension of time under the authority of Texas Rules of Appellate Procedure 38.6(d).

## IV.
## PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Appellee respectfully requests that this Court grant Appellant LEN MAC DEVELOPMENT CORPORATION'S motion for an extension of 3 days to allow it's counsel to file its opening brief by midnight on June 29, 2015,

Respectfully submitted,

**/s/ JANET R. RANDLE**

EVAN LANE (VAN) SHAW
Bar Card No. 18140500
JANET R. RANDLE
Bar Card No. 00792216
2723 Fairmount Street
Dallas, Texas 75201
Tel: (214) 754-7110
janet@shawlaw.net

3

**APPELLANT'S THIRD UNOPPOSED MOTION**
**FOR EXTENSION OF 3 DAYS TO FILE APPELLANT'S BRIEF**
MORP Mtn4 Extension Brief to June 29 2015

Fax: (214) 754-7115
**ATTORNEYS FOR APPELLANT LEN-MAC DEVELOPMENT CORP.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has

been forwarded to all counsel via Efile and at the emails noted below:

Mr. Jerry L. Ewing, Jr.
Mr. Nathan R. Cash
Walters Balido & Crain
 mailto:nathan.cash@wbclawfirm.com


Attorneys for Defendants OXFORD TOWNHOMES ADDITION HOMEOWNER     ASSOCIATION, INCORPORATED and DAVID NOLAN, JR.

Mr. Scott Campbell
ATTORNEY AT LAW
scampbell@scampbellaw.com

Attorney for Defendant OXFORD TOWNHOMES ADDITION HOMEOWNER ASSOCIATION, INCORPORATED

Mr. Daniel Bates
Mr. Matt Motes
ATTORNEY AT LAW
dbates@deckerjones.com
mmotes@deckerjones.com

Notice of Appearance for Defendants JASON ROSE AND JR ROSE DEVELOPMENT, LLC

Mr. Mark Davis
Mr. Eric L. Lindstrom
ATTORNEY AT LAW
MDavis@cdklawfirm.com
 ELindstrom@cdklawfirm.com

4

**APPELLANT'S THIRD <u>UNOPPOSED</u> MOTION
FOR EXTENSION OF 3 DAYS TO FILE APPELLANT'S BRIEF**
MORP Mtn4  Extension Brief to June 29 2015

Attorney for Defendants HOME OWNERS MANAGEMENT ENTERPRISES, INC. D/B/A HOME OF TEXAS and WARRANTY UNDERWRITERS INSURANCE COMPANY

DATED:  June 26, 2015.

**/s/ JANET R. RANDLE**
_____
JANET R. RANDLE

5